RECEIVED
APR - 3 2010
AT 3:30 ____ M
WILLIAM T. WALSH, CLERK

April 6, 2010

DISTRICT OF NEW JERSEY (NEWARK)
MLK JR. FEDERAL BUILDING
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07102

FILED
APR 15 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

RE:   07cr767   YOUR #10cr212
      USA v. WILLIAMS

ATTN: CLERK

Pursuant to TRANSFER OF JURISDICTION, we herewith enclose a certified copy of the following;

    INFORMATION
    JUDGMENT
    DOCKET SHEET

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
KEVIN EIBEL, Deputy Clerk

c:

Received above material or record file this ___ day of _____ ,

Signature: _____

Date: 4/8/10

crf7